IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS LUNSFORD                                                                   PLAINTIFF

                          v.                               Civil No. 05-5209

SHERIFF TIM HELDER;
CAPTAIN RANDALL DENZER;
CORPORAL MIKE FREEMAN; and
CORPORAL WELDON BISDRAMP                                DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Travis Lunsford filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on December 30, 2005. His complaint was filed in forma pauperis (IFP).

On January 13, 2006, the undersigned entered an order (Doc. 5) directing Lunsford to complete, sign and return an attached addendum to his complaint. The addendum was to be returned by February 10, 2006.

To date, the plaintiff has failed to respond to the addendum. The court's order and attached addendum have not been returned as undeliverable. The order was mailed to the same address as the court's prior orders. Plaintiff has not informed the court of any change in his address. Plaintiff has not sought an extension of time to respond to the addendum.

I therefore recommend Lunsford's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **Lunsford has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections**

**may result in waiver of the right to appeal questions of fact. Lunsford is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 2nd day of March 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE