**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**TRAVIS LUNSFORD**                                                                     **PLAINTIFF**

**v.**                      **Civil No. 05-5209**

**SHERIFF TIM HELDER;**
**CAPTAIN RANDALL DENZER;**
**CORPORAL MIKE FREEMAN; and**
**CORPORAL WELDON BISDRAMP**                        **DEFENDANTS**

### O R D E R

Now on this 27th day of March, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #6), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's claims are **dismissed.**

                                         **/s/Jimm Larry Hendren**
                                         **HON. JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**